IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 18-cr-30037 |
| QUINTON BRADLEY, | ) |
| Defendant. | ) |

## OPINION

TOM SCHANZLE-HASKINS, U.S. MAGISTRATE JUDGE:

This matter comes before the Court on Defendant Quinton Bradley's Motion to Allow Electronic Discovery to be Viewed by Mr. Bradley at the Mason County Jail (d/e 49) (Motion). Defendant's Motion is ALLOWED. For the reasons set forth in Defendant's Motion, the Court finds good cause to allow Defendant to review pretrial discovery electronically while in a correctional facility. See Local Rule 16.2(D). Defense counsel may supply Defendant with an electronic copy of the discovery on a disc in a format that is compatible with the laptop computer available for such use at the Mason County, Illinois, Jail (Jail), where Defendant is currently detained, in accordance with the procedures of the Jail.

Defendant's electronic access to pre-trial discovery is expressly conditioned on Defendant's ongoing compliance at all times with the

policies and procedures established by the Jail for review of electronic discovery and the ongoing willingness of the Jail to afford Defendant electronic access to the pre-trial discovery.  Should security concerns arise with respect to Defendant's access to pre-trial discovery, the Jail may temporarily suspend access without leave of Court but with notice to Defendant's counsel.  Defendant may seek to regain access via petition to the Court.

This order shall modify only the application of Local Rule 16.2(B)(3) and (4) to this cause.  All other provisions of Local Rule 16.2 remain applicable.

THEREFORE, IT IS ORDERED THAT Defendant Quinton Bradley's Motion to Allow Electronic Discovery to be Viewed by Mr. Bradley at the Mason County Jail (d/e 49) is ALLOWED.

ENTER:   June 23, 2020.

                                       *s/ Tom Schanzle-Haskins*
                                TOM SCHANZLE-HASKINS
                        UNITED STATES MAGISTRATE JUDGE